FILED
2019 MAR -6 PM 4: 02
U.S. DISTRICT COURT
DISTRICT OF OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | JUDGE LIOI |
| ) | CASE NO. 1:19 CR 132 |
| v. ) | |
| ) | Title 21, United States Code, |
| HARGIS HALL, ) | Sections 841(a)(1), (b)(1)(A), |
| ) | and (b)(1)(C) |
| Defendant. ) | |

COUNT 1
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about August 28, 2018, in the Northern District of Ohio, Eastern Division, Defendant HARGIS HALL did knowingly and intentionally distribute approximately 27.35 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

2. On or about September 4, 2018, in the Northern District of Ohio, Eastern Division, Defendant HARGIS HALL did knowingly and intentionally distribute approximately 55.4 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant HARGIS HALL shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.