# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Ohio
## Carl B. Stokes United States Court House

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                                Case No.: 1:19–cr–00132–SL

                                                   Judge Sara Lioi

Hargis Hall

                           Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      Notice of Hearing as to defendant Hargis Hall; an initial appearance and arraignment are scheduled for 3/29/2019 at 2:00 PM in Courtroom 242 in Youngstown, Ohio before Magistrate Judge George J. Limbert. (S,AA)

**PLACE**
Thomas D. Lambros
United States Courthouse & Federal Building
125 Market Street
Youngstown, OH
44503

March 14, 2019

                                                             Sandy Opacich, Clerk
                                                  Anita Ann Schenker, Deputy Clerk