IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19CR132 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE GEORGE J. |
| | ) | LIMBERT |
| | ) | |
| v. | ) | |
| | ) | |
| HARGIS HALL, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | <u>CORPUS AD PROSEQUENDUM</u> |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Elliot Morrison, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Hargis Hall is now confined in the Trumbull Correctional Institution, Leavittsburg, Ohio, and is in the custody of the Warden for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(C), and pursuant to said charge is to appear for Arraignment on March 29, 2019, at 2:00 p.m. before the Honorable Magistrate Judge George J. Limbert in the United States District Court for the Northern District of Ohio, Eastern Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland or their designee, and/or DEA and/or the Ohio Department of Rehabilitation and

Corrections to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

By:   /s/ Elliot Morrison
    Elliot Morrison (OH: 0091740)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3919
    (216) 522-7499 (facsimile)
    Elliot.Morrison@usdoj.gov

I, Elliot Morrison, do declare under penalty of perjury that the foregoing is true and correct.

    s/ Elliot Morrison
    Elliot Morrison
    Assistant United States Attorney

Executed on 3/14/19.