IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19CR132 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE GEORGE J. |
| | ) | LIMBERT |
| | ) | |
| v. | ) | |
| | ) | |
| HARGIS HALL, | ) | |
| | ) | |
| Defendant. | ) | JOURNAL ENTRY |

    This matter came on to be heard upon the petition of Elliot Morrison, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden, Trumbull Correctional Institution, Leavittsburg, Ohio, and/or the United States Marshal at Cleveland, Ohio or their designee, and/or DEA.  The Court, being fully advised in the said matter, finds that the said Hargis Hall, is detained in the Trumbull Correctional Institution, Leavittsburg, Ohio, under the custody of said Warden.

    The Court further finds that the said United States desires to proceed to Arraign the defendant on an Indictment charging a violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(C), at Youngstown, Ohio, before the Honorable Magistrate Judge George J. Limbert on Friday, March 29, 2019, at 2:00 p.m., and to other court proceedings relating to such Indictment as this Court may deem proper.

    THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Cleveland, Ohio or their designee, and/or DEA.

                                                          _____
                                                         UNITED STATES MAGISTRATE JUDGE