UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:19CR132 |
| Plaintiff | ) | JUDGE SARA LIOI |
| | ) | Magistrate Judge George J. Limbert |
| | ) | WAIVER OF DETENTION HEARING |
| HARGIS HALL | ) | |
| Defendant | ) | |

Hargis Hall, accused of having violated 21 U.S.C. Sections 841(a)(1); (b)(1)(A); and (b)(1))(C), being advised of the nature of the charges and of his rights, under advice of counsel, waives in open court his right to a detention hearing and consents that he be held without bail pursuant to Title 18 U.S.C. Section 3142(e) and (i). Defendant reserves the right to revisit the issue of a detention hearing at a later time.

_____
Defendant

_____
Counsel for Defendant

APPROVED:

_____
GEORGE J. LIMBERT
UNITED STATES MAGISTRATE JUDGE