# APPENDIX "B"

_____
PLAINTIFF

vs.                                         CASE NO.

_____                     JUDGE SARA LIOI

DEFENDANT

| PLAINTIFF/DEFENDANT WITNESSES | |
| --- | --- |
| **NAME** | **SYNOPSIS OF TESTIMONY** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |