IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>　　　　Defendant<br>HARGIS HALL | Case No.: 1:19-CR-132<br><br>Judge Sara Lioi<br><br>**NOTICE OF DEFENDANT'S REQUEST FOR DISCOVERY AND INSPECTION** |

　　Defendant gives this Honorable Court notice that he has requested, pursuant to Fed.R.Crim.P. 16, that the government produce to him and allow him to inspect and/or copy items identified in Exhibit A that is attached and incorporated here by reference.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Joseph V. Pagano*
　　　　　　　　　　　　　　　　　　JOSEPH V. PAGANO (0073491)
　　　　　　　　　　　　　　　　　　P.O. Box 16869
　　　　　　　　　　　　　　　　　　Rocky River, Ohio 44116
　　　　　　　　　　　　　　　　　　Phone:  216-685-9940
　　　　　　　　　　　　　　　　　　jvpemo@yahoo.com
　　　　　　　　　　　　　　　　　　Attorney for Defendant

**CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically served and notice of this filing will be sent to all counsel indicated on the electronic receipt by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 2, 2018.

Respectfully submitted,

*/s/ Joseph V. Pagano*
JOSEPH V. PAGANO (0073491)
P.O. Box 16869
Rocky River, Ohio 44116
Phone: 216-685-9940
jvpemo@yahoo.com