IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HARGIS HALL <br><br> Defendant | CASE NO. 1:19-CR-132 <br><br> JUDGE LIOI <br><br> **UNOPPOSED MOTION TO CONTINUE PRETRIAL AND TRIAL DATES** |

Now comes, Hargis Hall, by and through his undersigned counsel, and moves this Honorable Court to extend deadlines and dates contained in the Trial Order. The Pretrial Conference is set for May 6, 2019 and the trial date is set for May 20, 2019. Counsel needs additional time to confer with Mr. Hall to facilitate a resolution of the case without trial. Undersigned counsel spoke with AUSA Elliot Morrison and he does not object, and is in agreement with, this motion for continuance. This continuance is sought in the interest of justice and not for purposes of delay. It is respectfully requested that this Honorable Court continue the Pretrial Conference and the Trial dates.

Respectfully submitted,

*/s/ Joseph V. Pagano*
JOSEPH V. PAGANO (0073491)
P.O. Box 16869
Rocky River, Ohio 44116
Phone: 216-685-9940
jvpemo@yahoo.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

     A copy of the foregoing was electronically served on this 30th day of April 2019.  Notice of this filing will be sent to all counsel indicated on the electronic receipt by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

Dated: April 30, 2019.

                                      Respectfully submitted,

                                      */s/ Joseph V. Pagano*
                                      JOSEPH V. PAGANO (0073491)
                                      P.O. Box 16869
                                      Rocky River, Ohio 44116
                                      Phone:  216-685-9940
                                      Fax: 440-331-4377
                                      jvpemo@yahoo.com

I have reviewed and consent to this motion for continuance.


_____ Date_____
Derrick Brown