UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAY 06 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-cr-132 |
| PLAINTIFF, | JUDGE SARA LIOI |
| vs. | WAIVER OF RIGHTS PURSUANT TO SPEEDY TRIAL ACT |
| HARGIS HALL, | |
| DEFENDANT. | |

The attorneys for the respective parties and the defendant, with the consent of the Court, hereby waive the rights to speedy trial pursuant to the provisions of Title 18, United States Code, Section 3161, through August 30, 2019, as may be extended by any period of delay as set forth in or contemplated by Section 3161.

As grounds for continuance, the Court finds that the ends of justice served by the motion for continuance outweigh the best interest of the public and defendant in a speedy trial, because failure to grant such a continuance would deny new counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

_____
Assistant United States Attorney
Elliot Morrison

_____
Counsel for Defendant

_____
Defendant
Hargis N Hall

5-6-19
Date

_____
HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE