# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-132 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF REFERRAL TO MAGISTRATE |
| | ) | JUDGE FOR PURPOSES OF RECEIVING |
| | ) | DEFENDANT'S PLEA OF GUILTY UPON |
| | ) | CONSENT OF THE PARTIES |
| HARGIS HALL, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Pursuant to General Order 99-49, this case is referred to United States Magistrate Judge Kathleen B. Burke for purposes of receiving, on consent of the parties, the defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered.

The Magistrate Judge assigned to receive the guilty plea shall contact counsel to schedule the guilty plea hearing during the week of July 29, 2019.

**IT IS SO ORDERED**.

Dated: July 9, 2019

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**