# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Ohio
### Carl B. Stokes United States Court House

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                    Case No.: 1:19–cr–00132–SL

                                                          Judge Sara Lioi

Hargis Hall

                            Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**IMPORTANT:** Notice as to Hargis Hall (1). Change of Plea Hearing set for 7/30/2019 at 02:00 PM in Courtroom 400 before Magistrate Judge Kathleen B. Burke.(S,HR)

**PLACE**
United States Courthouse
Federal Building
Two South Main Street
Akron, OH
44308

July 10, 2019

                                                                    Sandy Opacich, Clerk
                                                  Heather R. Sherer, Deputy Clerk