# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 1:19CR 132 |
| Plaintiff | * | |
| -vs- | * | JUDGE LIOI |
| HARGIS HALL | * | DEFENDANT HARGIS HALL'S MOTION TO CONTINUE THE SENTENCING DATE |
| Defendant | * | |
| | * * * | |

Now comes the Defendant, HARGIS HALL, by and through counsel, and respectfully moves this Honorable Court to continue the sentencing hearing scheduled on November 19, 2019 at 10:00 as counsel will be traveling out of the State. The government also has a scheduling conflict on that date and is not opposed to a continuance.

Respectfully submitted,

*/S/ RHONDA L. KOTNIK*_____
RHONDA L. KOTNIK 0077345
333 S. Main St Ste 401
330-253-5533
rhondalkotnik@gmail.com

## PROOF OF SERVICE

I hereby certify that on August 27, 2019, a copy of the foregoing Defendant's Motion to continue trial was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */S/ RHONDA L. KOTNIK*_____
                                              RHONDA L. KOTNIK