IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 1:19CR 132 |
| Plaintiff | * | |
| -vs- | * | JUDGE LIOI |
| HARGIS HALL | * | <u>DEFENDANT HARGIS HALL'S</u> |
| Defendant | * | <u>MOTION FOR BOND OR FURLOUGH</u> |

\* \* \*

Now comes the Defendant, HARGIS HALL, by and through counsel, and respectfully moves this Honorable Court to grant him a short furlough or a bond so he may assist his ailing father.

On a previous day, defendant waived a detention hearing. At that time, he waived his Detention hearing only because he was held by the Ohio Department of Corrections and Rehabilitation. Mr. Hall has completed the State prison sentence on September 6, 2019 and requests a furlough or bond. If released, Mr. Hall would reside with his parents and assist his father with dialysis.

Wherefore, Mr. Hall is now requesting the Court to hold detention hearing at the Court's earliest convenience.

Respectfully submitted,

*/S/ RHONDA L. KOTNIK*
RHONDA L. KOTNIK 0077345
333 S. Main St Ste 401
330-253-5533
rhondalkotnik@gmail.com

PROOF OF SERVICE

I hereby certify that on September 9, 2019, a copy of the foregoing Defendant's Motion to continue trial was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/S/ RHONDA L. KOTNIK*
RHONDA L. KOTNIK