# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Ohio
### Carl B. Stokes United States Court House

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                         Case No.: 1:19–cr–00132–SL

                                               Judge Sara Lioi

Hargis Hall

                        Defendant.

TYPE OF CASE:        Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Notice of Hearing on Motion** as to Hargis Hall: Hearing on [23] Motion for Bond set for 9/17/2019 at 10:30 AM in Courtroom 400 before Magistrate Judge Kathleen B. Burke.(S,HR)

**PLACE**
Thomas D. Lambros
United States Courthouse & Federal Building
125 Market Street
Youngstown, OH
44503

September 13, 2019

                                                              Sandy Opacich, Clerk
                                         Heather R. Sherer, Deputy Clerk