IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19-CR-132 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| HARGIS HALL, | ) | JOINT MOTION TO CONTINUE BOND |
| | ) | HEARING |
| Defendant. | ) | |

The parties hereby jointly move the Court to continue the bond hearing set for tomorrow. Part of the basis for the motion is Defendant's father's health condition, and defense counsel is still in the process of gathering records related to that condition.

The parties have conferred, and would request that the Court set the hearing for October 23, 2019 (any time other than 1:30pm to 3:00pm) or October 24, 2019, or on a date convenient for the Court thereafter.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:  /s/ Elliot Morrison
Elliot Morrison (OH: 0091740)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3919
(216) 522-7499 (facsimile)
Elliot.Morrison@usdoj.gov

and

DEFENDANT

/s/ Rhonda L. Kotnik
RHONDA L. KOTNIK (OH: 0077345)
333 S. Main St Ste 401
330-253-5533
rhondalkotnik@gmail.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2019 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Elliot Morrison
Elliot Morrison
Assistant U.S. Attorney

2