IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19-CR-132 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| HARGIS HALL, | ) | JOINT MOTION TO CONTINUE BOND |
| | ) | HEARING |
| Defendant. | ) | |

The parties hereby jointly move the Court to continue the bond hearing set for tomorrow. Part of the basis for the motion is Defendant's father's health condition. Defense counsel has gathered some records, but counsel understand that the condition at issue has just recently changed, and counsel will need additional time to gather records on the current condition.

The parties have conferred, and would request that the Court set the hearing for a time in the range of November 4-7, 2019, or on a date convenient for the Court thereafter.

                                            Respectfully submitted,

                                            JUSTIN E. HERDMAN
                                            United States Attorney

By:   /s/ Elliot Morrison
        Elliot Morrison (OH: 0091740)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3919
        (216) 522-7499 (facsimile)
        Elliot.Morrison@usdoj.gov

        *and*

DEFENDANT

/s/ Rhonda L. Kotnik
RHONDA L. KOTNIK (OH: 0077345)
333 S. Main St Ste 401
330-253-5533
rhondalkotnik@gmail.com
Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this day October 22, 2019, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Elliot Morrison
Elliot Morrison
Assistant U.S. Attorney