AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
FEB 19 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| United States of America | ) |
| v. | ) |
| Hargis Hall | ) Case No. 1:19 CR 132 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Hargis Hall

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 USC 841(a)(1) and (b)(1)(A), (b)(1)(C) (distributing controlled substances)

Date: 03/06/2019

Issuing officer's signature

David A. Ruiz, U.S. Magistrate Judge
Printed name and title

City and state: Cleveland, Ohio

### Return

This warrant was received on *(date)* 3/8/19, and the person was arrested on *(date)* 3/27/19
at *(city and state)* Youngstown, OH

Date: 2/4/2020

Arresting officer's signature  FOR DEA

ANNE MURPHY SDUSM
Printed name and title