# EXHIBIT A

TRULINCS 66499060 - HALL, HARGIS - Unit: CUM-C-A

---

FROM: 66499060 HALL, HARGIS
TO: Warden
SUBJECT: ***Request to Staff*** HALL, HARGIS, Reg# 66499060, CUM-C-A
DATE: 05/31/2020 05:52 PM

To: Warden Bell
Inmate Work Assignment: N/A

I am requesting that the BOP submit a motion on my behalf for compassionate release pursuant to 18 USC 3582(c)(1)(A) due to the fact that I am the primary caregiver for my parents and I need to take care of them now due to their failing health issues as follows:

1) my father is in the end stages of kidney disease and is likely to die very shortly. My father has COPD along with congestive heart failure. He cannot care for himself; and

2) my mother's colon "has exploded" and is unable to take care of my father anymore due to her failing health.

Therefore, I request that the BOP allow me to care for my ailing parents during the last stage of their lives by petitioning the court for my early release as stated above.

Hargis Hall