# EXHIBIT B

```
   CUMJF  540*23 *          SENTENCE MONITORING          *    03-05-2020
PAGE 002 OF 002 *           COMPUTATION DATA             *    15:05:57
                             AS OF 03-05-2020


REGNO..: 66499-060 NAME: HALL, HARGIS


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-24-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-24-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 12-23-2019
TOTAL TERM IN EFFECT............:    46 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS      10 MONTHS
EARLIEST DATE OF OFFENSE........: 09-04-2018

JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                     09-08-2019     12-22-2019


TOTAL PRIOR CREDIT TIME.........: 106
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 206
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 12-14-2022
EXPIRATION FULL TERM DATE.......: 07-08-2023
TIME SERVED.....................:     5 MONTHS      28 DAYS
PERCENTAGE OF FULL TERM SERVED..:  12.8

PROJECTED SATISFACTION DATE.....: 12-14-2022
PROJECTED SATISFACTION METHOD...: GCT REL




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```