HARGIS HALL #66777-060
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
CUMBERLAND, MD 21501-1000

U.S. DISTRICT COURT
801 WEST SUPERIOR AVE.
CLEVELAND, OH 44113-18



Baltimore P&DC 212
MON 17 AUG 2020 PM