Case: 1:19-cr-00132-SL Doc #: 39 Filed: 09/03/20 1 of 5. PageID #: 248

FILED
3:26 pm Sep 03 2020
Clerk U.S. District Court
Northern District of Ohio
Cleveland

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

UNITED STATES,    Judge Sara Lioi
Plaintiff         No. 1:19-CR-00132-SL

-v-

HARGIS HALL,
Defendant

DECLARATIONS SUBMITTED IN SUPPORT OF DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. 3582(c)(1)(A)(i)

The two exhibits (Exhibit A and Exhibit B) are submitted in support of defendant's Motion for compassionate release on the Court's docket.

Respectfully submitted,

Hargis Hall
Hargis Hall
Prisoner 66499-060
FCI Cumberland
P.O. Box 1000
Cumberland, Md. 21501

DECLARATION OF EDNA HALL

Edna Hall states:

1. I reside at 1266 W. 38th Street, Ashtabula, Ohio, 44004, with my husband, Hargis Hall.

2. Before my son, Hargis Hall, was incarcerated he was my primary caregiver as well as my husband's primary caregiver.

3. Once our son went to prison, I had to provide care for my husband who has numerous serious medical problems and now needs a kidney transplant to save his life. His son, Hargis Hall, is likely the only donor and has agreed to help his father by donating his kidney.

4. Due to my deteriorating health and a recently diagnosed colon problem, I cannot continue to provide care for my husband.

5. I am in the process of collecting all of my and my husband's medical records to submit to the Court to verify the above facts regarding our health and inability to provide self-care.

-1-

6. If the Court grants our son's motion for compassionate release he is able to reside in our home as long as necessary and to provide care for us as he was doing prior to his incarceration.

7. If the Court grants his release we can arrange transportation of our son from FCI Cumberland to our home within 24 hours notice of his release.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of August 2020 at Ashtabula, Ohio.

*Edna Hall*
Edna Hall

## DECLARATION OF HARGIS HALL

Hargis Hall states:

1. I reside at 1266 West 38th Street, Ashtabula, Ohio with my xwife, Edna Hall.

2. My son, the defendant, Hargis Hall, was my primary caregiver before he was imprisoned.

3. My doctors informed me that I have to have a kidney transplant due to my advanced kidney disease. I spoke to my son, Hargis Hall, who agreed to provide me with one of his kidneys to save my life.

4. I ask that the Court have mercy on my son so that he may provide care for my xwife and I as well as be able to help me with my emergency need for a prompt kidney transplant.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of August 2020 at Ashtabula, Ohio.

x *Hargis Hall*
HARGIS HALL

-1-

Edna Hall
1266 W. 38th St.
Ashtabula, OH 44004



Office of the Clerk
U.S. District Court
801 West Superior Ave.
Cleveland, OHIO 44113-1830